JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Vevor Corporation, Vevor Inc., Vevor Store Inc., HK Sishun Trade Co., Sanven Corporation, Sanven Technology Ltd., Shanghai Sishun E-commerce Co., Ltd, Shanghai Sishun Mechanical Equipment Co., Ltd., Wildfiore Ltd, Rubao Jiao, and DOES 1-5,<br><br>Defendants. | Case No.: CV 23-1541-GW-MAAx<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date:      [Date]<br>Time:     [Time]<br>Ctrm:     [Ctrm.]<br><br>Case Filed:     March 1, 2023<br>Trial Date:      [Trial Date] |

The parties, Plaintiffs Vita-Mix Corporation ("Vitamix Corp."), Vita-Mix Management Corporation ("Vitamix Management"), and Vita-Mix Manufacturing Corporation ("Vitamix Manufacturing) (collectively "Vitamix") and Defendants Sanven Corp., Sanven Technology, Ltd., HK Sishun Trade Co., Shanghai Sishun E-commerce Co., Ltd, and Shanghai Sishun Mechanical Equipment Co., Ltd. (collectively "Defendants") (together, Plaintiffs and Defendants may be referred to as the "Parties" or separately as a "Party") hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed the above-captioned action on March 1, 2023, alleging willful patent infringement, trade dress infringement, and unfair

competition under the Patent Act, 35 U.S.C. §271, the Lanham Act, 15 U.S.C. §1125(a), and related state law claims for unfair competition pursuant to Cal. Bus. & Prof. Code §§ 17200 *et seq.* stemming from infringement by Defendants of Plaintiff's patents and common law trade dress rights as described in the Complaint (Dkt. 1), which is incorporated as if fully set forth herein;

**WHEREAS,** the Complaint was duly served on Defendants Sanven Corp., and Sanven Technology, Ltd. and the Clerk entered on June 23, 2023 a default as to Defendants Sanven Corp., and Sanven Technology, Ltd;

**WHEREAS**, the Complaint was duly served on Defendants HK Sishun Trade Co., Shanghai Sishun E-commerce Co., Ltd, and Shanghai Sishun Mechanical Equipment Co., Ltd. on August 17, 2023; and this Court granted extensions of time for Defendants HK Sishun Trade Co., Shanghai Sishun E-commerce Co., Ltd, and Shanghai Sishun Mechanical Equipment Co., Ltd. to respond until November 7, 2023;

**WHEREAS**, the Parties agree that the Court may find:

1. That this Court has personal jurisdiction over each of the Defendants as to the causes of action pleaded in the Complaint;

2. That Vitamix Management, on the dates relevant to the Complaint through the present, owns all right, title, and interest in and to U.S. utility patent numbers 8,690,116, RE45,655, RE45,308 and 8,814,011, as well as U.S. design patent number D595,084. Collectively, the 116 Patent, 655 Patent, 308 Patent, 011 Patent, and 084 Patent are the "Patents-in-Suit;"

3. That Vitamix Corp. and Vitamix Manufacturing are the exclusive licensees of the Patents-in-Suit;

4. That Vitamix owns all right, title, and interest in and to the trade dress of The Quiet One® blender, shown below ("Vitamix Trade Dress");



5. That Defendants sold and offered for sale to consumers in the United States the "Vevor Silent Blender," which blender infringes the Patents-in-Suit and Vitamix Trade Dress (the "Infringing Product");

6. That Defendants represent and warrant, under penalty of perjury pursuant to 28 U.S. Code § 1746, that they have sold 517 units of the Infringing Product; and

7. That the Parties have further agreed that the Court shall enter final judgement on the foregoing findings.

It is therefore,

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Patents-in-Suit are valid and enforceable, and that Defendants have infringed at least one claim of each of the Patents-in-Suit by making, importing, selling, and/or offering to sell the Infringing Product;

2. The Vitamix Trade Dress is nonfunctional and has acquired distinctiveness, and that Defendants have infringed the Vitamix Trade Dress by selling and offering to sell the Infringing Product;

3.  Vitamix has been damaged by Defendants, jointly and severally, in the amount of at least $110,000, including attorney's fees, costs, and any prejudgment interest to date (the "Judgement Amount");

4.  Defendants will pay Vitamix the Judgment Amount within fifteen (15) business days of executing this Consent Judgement. All payments shall be made by wire transfer to: Vita-Mix Corporation;

5.  Defendants, including their affiliates, subsidiaries, divisions, officers, agents, employees, representatives, privies, successors, assigns and all those acting for them or on their behalf, or acting in concert with them directly or indirectly who receive actual notice of this Consent Judgment are hereby permanently enjoined from: (i) advertising, marketing, promoting, manufacturing, exporting, importing, distributing, offering for sale or selling the Infringing Product or any other products that are likely to cause confusion, mistake, or deception among the trade or public with respect to the Vitamix Trade Dress or are no more than colorably different than the Infringing Product; and/or (ii) doing any other thing with respect to the Infringing Product calculated or likely to cause confusion or mistake in the mind of the trade or public or to deceive the trade or public into believing that the Infringing Product is in any way associated or affiliated with or sponsored or endorsed by Vitamix;

6.  Within thirty (30) days after entry of this Consent Judgement, Defendants will inform any third party reseller or sales platform selling the Infringing Product to remove the product from their catalogs and, within a reasonable period of time not to exceed ninety (90) days after entry of this Consent Judgment, will purchase back from such third party reseller or sales platform any outstanding inventory of Infringing Products. Defendants will be responsible for any costs associated with these actions;

7.  Compliance with this Consent Judgment may be enforced by Vitamix and its successors in interest or assigns;

8. The Court retains jurisdiction to enforce or supervise performance under this Consent Judgment; and

9. The parties stipulate to the entry of judgment consistent with the terms stated herein.

Dated: November 9, 2023

*George H. Wu* (signature)
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

Read and approved,

| /s/Christina Moser | /Jacob A. Schroeder (by consent) |
|---|---|
| Christina J. Moser (199027) | Jacob A. Schroeder (264717) |
| Brendan E. Clark (*pro hac vice*) | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Baker & Hostetler LLP | 3300 Hillview Avenue |
| Key Tower | Palo Alto, CA 94304 |
| 127 Public Square | Tel: (650) 849-6600 |
| Suite 2000 | Fax: (605) 849-66666 |
| Cleveland, Ohio 44114 | Jacob.schroeder@finnegan.com |
| Telephone: (216) 621-0200 | |
| Facsimile: (216) 696-0740 | |
| cmoser@bakerlaw.com | |
| bclark@bakerlaw.com | |

*Attorneys for Plaintiffs*                                   *Attorney for Defendants*

Dated: November 7, 2023                              Dated: November 7, 2023

I hereby declare, pursuant to the laws of the United States and under penalty of perjury, that I have read and am familiar with the foregoing Consent Judgment and Permanent Injunction, agree that the statements therein are true and correct, and am authorized to consent to entry of the foregoing Consent Judgment and Permanent Injunction on behalf of the Defendant set forth below, and do so consent.

| Sanven Corp. | Sanven Technology, Ltd. |
|---|---|
| By:_____ | By:_____ |
| Its:_____ | Its:_____ |
| On Behalf of Sanven Corp. | On Behalf of Sanven Technology, Ltd. |
| Dated: October ___, 2023 | Dated: October ___, 2023 |
| Shanghai Sishun E-Commerce Co., Ltd. | Shanghai Sishun Machinery Equipment Co., Ltd |
| By:_____ | By:_____ |
| Its:_____ | Its:_____ |
| On Behalf of Shanghai Sishun E-Commerce Co., Ltd. | On Behalf of Shanghai Sishun Machinery Equipment Co., Ltd |
| Dated: October ___, 2023 | Dated: October ___, 2023 |

HK Sishun Trade Co

By:_____
Its:_____
On Behalf of HK Sishun Trade Co
Dated: October ___, 2023